KAEMPFER CROWELL
Robert McCoy, No. 9121
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com

Attorneys for Defendant Cinderlite Trucking Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE K. MCCANN, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>CINDERLITE TRUCKING CORPORATION, a domestic corporation,<br><br>            Defendant. | Case No. 3:20-cv-00583<br><br>**STIPULATED AGREEMENT FOR SERVICE OF DISCOVERY BY EMAIL** |

Plaintiff Michelle K. McCann and Defendant Cinderlite Trucking Corporation ("Cinderlite") stipulate as follows:

1. Plaintiff and Cinderlite agree that, as permitted by Fed. R. Civ. P. 5(b)(2)(E), any party may serve discovery disclosures, requests, responses, or notices on counsel for the other parties in this case by email and that such email service will constitute complete service under Fed. R. Civ. P. 5(b).

2. This agreement will apply to any all discovery made or requested under Fed. R. Civ. P. 26, 27, 30, 31, 33, 34, 35, 36, and 45.

3. Email service to Plaintiff will be made to the following individual at the following email address:

William Geddes (will@thegeddeslawfirm.com)

Kristen Geddes (kristen@thegeddeslawfirm.com)

4. Email service to Cinderlite will be made to the following individuals at the following email addresses:

Robert McCoy (rmccoy@kcnvlaw.com)

Desiree Staggs (dstaggs@kcnvlaw.com)

Tera Nelson (tnelson@kcnvlaw.com)

5. Because Fed. R. Civ. P. 5(b)(2)(E) requires only a written agreement among the parties, Plaintiff and Cinderlite agree that this agreement will be binding and effective upon execution and will not be submitted to the Court to be made a formal order.

| THE GEDDES LAW FIRM, P.C. | KAEMPFER CROWELL |
|---|---|
| */s/ William J. Geddes* | */s/ Robert McCoy* |
| William J. Geddes, No. 6984<br>Kristen R. Geddes, No. 9027<br>1575 Delucchi Lane, Suite 206<br>Reno, Nevada 89502 | Robert McCoy, No. 9121<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff<br>Michelle K. McCann | Attorneys for Defendant Cinderlite Trucking Corporation |

IT IS SO ORDERED.

Dated: December 11, 2020

_____
UNITED STATES MAGISTRATE JUDGE