UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE K. MCCANN, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>CINDERLITE TRUCKING CORPORATION, a domestic corporation,<br><br>            Defendant. | Case No. 3:20-cv-00583-LRH<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff Michelle K. McCann and defendant Cinderlite Trucking Corporation ("Cinderlite") stipulate to dismiss this action and dismiss all claims

against Cinderlite.  Ms. McCann and Cinderlite further stipulate that this dismissal be with prejudice.  Each party will bear its own fees and costs.

| THE GEDDES LAW FIRM, P.C. | KAEMPFER CROWELL |
|---|---|
| /s/ William J. Geddes | /s/ Robert McCoy |
| William J. Geddes, No. 6984<br>Kristen R. Geddes, No. 9027<br>1575 Delucchi Lane, Suite 206<br>Reno, Nevada 89502 | Robert McCoy, No. 9121<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff<br>Michelle K. McCann | Attorneys for Defendant Cinderlite<br>Trucking Corporation |

## ORDER

IT IS SO ORDERED.

DATED this 12th day of February, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE